IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES in EXHIBIT A |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 2nd day of March, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1]This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2]With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3]The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

EXHIBIT A

| Case Number | Case Name |
|---|---|
| 4:04-cv-01717-BRW | Simmons, et al v. Wyeth Inc, et al |
| 4:04-cv-01736-BRW | Lair, et al v. Wyeth Inc, et al |
| 4:04-cv-01744-BRW | Emery, et al v. Wyeth Inc, et al |
| 4:04-cv-01742-BRW | Abernathy, et al v. Wyeth Inc, et al |
| 4:04-cv-01749-BRW | Martlew v. Wyeth Inc, et al |
| 4:04-cv-01751-BRW | Simmons v. Wyeth Inc, et al |
| 4:04-cv-01767-BRW | Stalls v. Wyeth Inc, et al |
| 4:04-cv-01790-BRW | Peterson, et al v. Wyeth Inc, et al |
| 4:04-cv-01805-BRW | Cottrell v. Wyeth Inc, et al |
| 4:04-cv-01811-BRW | Carrozzella v. Wyeth Inc, et al |
| 4:04-cv-01812-BRW | Dietrich, et al v. Wyeth Inc, et al |
| 4:04-cv-01818-BRW | Bennett v. Wyeth Inc, et al |
| 4:04-cv-01828-BRW | Gerow v. Wyeth Inc, et al |
| 4:04-cv-01831-BRW | Terry, et al v. Wyeth Inc, et al |
| 4:04-cv-01837-BRW | Jones v. Wyeth Inc, et al |
| 4:04-cv-01839-BRW | Fischer v. Wyeth Inc, et al |
| 4:04-cv-01840-BRW | Blake v. Wyeth Inc, et al |
| 4:04-cv-01844-BRW | Broyles v. Wyeth Inc, et al |
| 4:04-cv-01852-BRW | Shookman v. Wyeth Inc, et al |
| 4:04-cv-01869-BRW | Parrish, et al v. Wyeth Inc, et al |
| 4:04-cv-01872-BRW | Jaeger v. Wyeth Inc, et al |
| 4:04-cv-01897-BRW | Foley v. Wyeth Inc, et al |
| 4:04-cv-01902-BRW | Acker v. Wyeth Inc, et al |
| 4:04-cv-01905-BRW | Wadler v. Wyeth Inc, et al |
| 4:04-cv-01910-BRW | Johnson, et al v. Wyeth Inc, et al |
| 4:04-cv-01912-BRW | Hendrickson v. Wyeth Inc, et al |
| 4:04-cv-01918-BRW | Ashner, et al v. Wyeth Inc, et al |
| 4:04-cv-01922-BRW | Skaggs, et al v. Wyeth Inc, et al |
| 4:04-cv-01933-BRW | Allen, et al v. Wyeth Inc, et al |
| 4:04-cv-01940-BRW | Ballauer, et al v. Wyeth Inc, et al |
| 4:04-cv-01946-BRW | Turner, et al v. Wyeth Inc, et al |
| 4:04-cv-01947-BRW | Dillman, et al v. Wyeth Inc, et al |
| 4:04-cv-01951-BRW | Pierce, et al v. Wyeth Inc, et al |
| 4:04-cv-01956-BRW | Stowers v. Wyeth Inc, et al |
| 4:04-cv-01957-BRW | Guffey, et al v. Wyeth Inc, et al |
| 4:04-cv-02248-BRW | Hulsey, et al v. Wyeth, et al |
| 4:05-cv-00091-BRW | Israel v. Wyeth, et al |
| 4:05-cv-00355-BRW | Ragsdale, et al v. Wyeth Inc, et al |
| 4:05-cv-00741-BRW | Pursel, et al v. Wyeth Pharmaceutical, et al |
| 4:05-cv-00966-BRW | Sarmiento et al v. Wyeth Pharmaceuticals Inc et al |

4:05-cv-00968-BRW  Guida et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00971-BRW  De Vos et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00973-BRW  Bellingham et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00975-BRW  Lawrence v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00976-BRW  Pierre et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00977-BRW  Campus et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00995-BRW  Hirsch v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01009-BRW  Draski et al v. Wyeth et al
4:05-cv-01021-BRW  Meilinger et al v. Wyeth Inc et al
4:05-cv-01146-BRW  McKesson et al v. Wyeth Inc et al

4:05-cv-01147-BRW  Hensley et al v. Wyeth Inc et al
4:05-cv-01148-BRW  Windsor et al v. Wyeth Inc et al
4:05-cv-01151-BRW  Rosso et al v. Wyeth Inc et al
4:05-cv-01152-BRW  Smitley et al v. Wyeth Inc et al
4:05-cv-01155-BRW  Barsom et al v. Wyeth Inc et al

4:05-cv-01157-BRW  Hall et al v. Wyeth Inc et al
4:05-cv-01160-BRW  Carroway v. Wyeth Inc et al
4:05-cv-01162-BRW  Scheid et al v. Wyeth Inc et al
4:05-cv-01164-BRW  Wynn et al v. Wyeth Inc et al
4:05-cv-01166-BRW  Dewitt v. Wyeth Inc et al

4:05-cv-01168-BRW  Allman et al v. Wyeth Inc et al
4:05-cv-01173-BRW  Vargo v. Wyeth Inc et al
4:05-cv-01247-BRW  Porter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01255-BRW  Towle v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01257-BRW  Haigler et al v. Wyeth Inc et al

4:05-cv-01259-BRW  Evin v. Wyeth Inc et al
4:05-cv-01376-BRW  Rymer v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01401-BRW  Reed v. Pfizer Inc et al
4:05-cv-01403-BRW  Arko et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01423-BRW  Shreve v. Wyeth Pharmaceuticals Inc et al

4:05-cv-01425-BRW  Franklin v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01426-BRW  Holden et al v. Pfizer Inc et al
4:05-cv-01427-BRW  Wilkerson et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01428-BRW  Fudally et al v. Wyeth et al
4:05-cv-01432-BRW  Boonstra v. Wyeth et al

4:05-cv-01449-BRW  Gardner et al v. Wyeth et al
4:05-cv-01457-BRW  Lamb v. Wyeth Inc et al
4:05-cv-01458-BRW  Lake v. Wyeth Inc et al
4:05-cv-01459-BRW  Lemon v. Wyeth Inc et al
4:05-cv-01460-BRW  Von Nostitz v. Wyeth Inc et al

```
4:05-cv-01461-BRW   Stewart v. Wyeth Inc et al
4:05-cv-01462-BRW   Steinbuch et al v. Wyeth Inc et al
4:05-cv-01463-BRW   Sanford et al v. Wyeth et al
4:05-cv-01464-BRW   Lewis v. Wyeth et al
4:05-cv-01467-BRW   Huff et al v. Wyeth Inc et al

4:05-cv-01468-BRW   Huff et al v. Wyeth Inc et al
4:05-cv-01469-BRW   Hamlin et al v. Wyeth Inc et al
4:05-cv-01487-BRW   Lick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01553-BRW   Slavik v. Wyeth Inc et al
4:05-cv-01534-BRW   Edwards et al v. Wyeth et al

4:05-cv-01566-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01567-BRW   Thompson et al v. Wyeth Inc et al
4:05-cv-01572-BRW   Shinton et al v. Wyeth Inc et al
4:05-cv-01576-BRW   Penrod v. Wyeth Inc et al
4:05-cv-01577-BRW   Spielman et al v. Wyeth Inc et al

4:05-cv-01578-BRW   Whitley v. Wyeth Inc et al
4:05-cv-01593-BRW   Reece v. Wyeth Inc et al
4:05-cv-01594-BRW   Beebe et al v. Wyeth et al
4:05-cv-01596-BRW   Abbott v. Wyeth Inc et al
4:05-cv-01597-BRW   Combs et al v. Wyeth Inc et al

4:05-cv-01598-BRW   Schouweiler v. Pharmacia & Upjohn Co.et al
4:05-cv-01600-BRW   Morgan v. Wyeth Inc et al
4:05-cv-01601-BRW   Littrell et al v. Wyeth Inc et al
4:05-cv-01605-BRW   Pogue v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01642-BRW   Bailey et al v. Wyeth Inc et al

4:05-cv-01647-BRW   Snopel et al v. Wyeth Inc et al
4:05-cv-01695-BRW   Andrade v. Wyeth Inc et al
4:05-cv-01699-BRW   Quillen v. Wyeth Inc et al
4:05-cv-01738-BRW   Morin v. Wyeth Inc et al
4:05-cv-01741-BRW   Clemens v. Wyeth Inc et al

4:05-cv-01762-BRW   Finnegan et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01779-BRW   Fallick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01785-BRW   Huffman v. Wyeth Inc et al
4:05-cv-01791-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01796-BRW   Streible et al v. Wyeth et al

4:05-cv-01801-BRW   Tanner v. Wyeth
4:05-cv-01826-BRW   Bacha v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01862-BRW   Horgan v. Wyeth Inc et al
4:05-cv-01890-BRW   Wells v. Wyeth et al
4:05-cv-01891-BRW   Litteer et al v. Wyeth, et al
```

4:05-cv-01897-BRW    Hoen v. Wyeth et al
4:05-cv-01925-BRW    Williams v. Wyeth Inc et al
4:05-cv-01933-BRW    Engstrom et al v. Wyeth Inc et al
4:05-cv-01935-BRW    Stevenson v. Wyeth Inc et al
4:05-cv-01936-BRW    Cignotti v. Pharmacia & Upjohn Company LLC et al

4:06-cv-00017-BRW    Hughes v. Wyeth Inc et al
4:06-cv-00024-BRW    Salois v. Wyeth Inc et al
4:06-cv-00028-BRW    Stewart et al v. Wyeth Inc et al
4:06-cv-00044-BRW    Schmid et al v. Wyeth Inc et al
4:06-cv-00049-BRW    Johnson et al v. Wyeth et al

4:06-cv-00052-BRW    Kern et al v. Wyeth et al
4:06-cv-00054-BRW    Grimme et al v. Wyeth Inc et al
4:06-cv-00064-BRW    Norwood et al v. Wyeth et al
4:06-cv-00065-BRW    Hughes et al v. Wyeth et al
4:06-cv-00066-BRW    Mattison et al v. Wyeth et al

4:06-cv-00067-BRW    Brous et al v. Wyeth et al
4:06-cv-00102-BRW    Conza v. Wyeth Inc et al
4:06-cv-00103-BRW    O'Toole v. Wyeth et al
4:06-cv-00120-BRW    Roffman et al v. Wyeth et al
4:06-cv-00138-BRW    Truelsen v. Wyeth Inc et al

4:06-cv-00145-BRW    Fruchtl et al v. Wyeth Inc et al
4:06-cv-00148-BRW    Watson et al v. Wyeth Inc et al
4:06-cv-00149-BRW    Minschew v. Wyeth et al
4:06-cv-00154-BRW    Sochan et al v. Wyeth et al
4:06-cv-00161-BRW    Spivey et al v. Wyeth Inc et al

4:06-cv-00173-BRW    Hart et al v. Wyeth Inc et al
4:06-cv-00184-BRW    Vossler et al v. Wyeth Inc et al
4:06-cv-00207-BRW    Pow et al v. Wyeth et al
4:06-cv-00222-BRW    Miller v. Wyeth et al
4:06-cv-00230-BRW    Chomar v. Wyeth Inc et al

4:06-cv-00232-BRW    Barrett v. Wyeth Inc et al
4:06-cv-00246-BRW    White v. Wyeth et al
4:06-cv-00271-BRW    Purcell et al v. Wyeth et al
4:06-cv-00278-BRW    Witcher et al v. Wyeth et al
4:06-cv-00301-BRW    Didier et al v. Wyeth Inc et al

4:06-cv-00303-BRW    Clark v. Wyeth et al
4:06-cv-00304-BRW    Campbell et al v. Wyeth Inc et al
4:06-cv-00306-BRW    Myles et al v. Wyeth Inc et al
4:06-cv-00308-BRW    Fallman v. Wyeth et al
4:06-cv-00309-BRW    Coppock v. Wyeth et al

```
4:06-cv-00310-BRW   White v. Wyeth et al
4:06-cv-00312-BRW   Peterson v. Wyeth et al
4:06-cv-00313-BRW   Hood v. Wyeth Inc et al
4:06-cv-00329-BRW   Stafford v. Wyeth et al
4:06-cv-00347-BRW   Reed v. Wyeth Inc et al

4:06-cv-00388-BRW   Langston et al v. Wyeth Inc et al
4:06-cv-00404-BRW   Fox v. Wyeth et al
4:06-cv-00410-BRW   Telsey et al v. Wyeth et al
4:06-cv-00421-BRW   Valyou v. Bristol-Myers Squibb Company et al
4:06-cv-00429-BRW   Doering v. Wyeth

4:06-cv-00431-BRW   Johnson v. Wyeth et al
4:06-cv-00436-BRW   Hogan v. Wyeth et al
4:06-cv-00440-BRW   Morrell v. Wyeth et al
4:06-cv-00456-BRW   Neal v. Wyeth et al
4:06-cv-00457-BRW   Dolan et al v. Wyeth et al

4:06-cv-00458-BRW   Dollar v. Wyeth et al
4:06-cv-00463-BRW   Lenart v. Wyeth et al
4:06-cv-00469-BRW   Lafferty v. Wyeth et al
4:06-cv-00479-BRW   Carpenter et al v. Wyeth et al
4:06-cv-00482-BRW   Rigsby v. Wyeth Inc et al

4:06-cv-00483-BRW   Romano v. Wyeth Inc et al
4:06-cv-00484-BRW   Kaminiski v. Wyeth Inc et al
4:06-cv-00492-BRW   Latchman v. Wyeth Inc et al
4:06-cv-00516-BRW   Levin v. Wyeth Inc et al
4:06-cv-00522-BRW   Jones v. Wyeth et al

4:06-cv-00528-BRW   Thurman et al v. Wyeth et al
4:06-cv-00529-BRW   Stevens v. Pharmacia & Upjohn Company LLC et al
4:06-cv-00533-BRW   Pendley v. Wyeth et al
4:06-cv-00539-BRW   Gunter et al v. Wyeth et al
4:06-cv-00557-BRW   Hayman v. Wyeth Inc et al

4:06-cv-00559-BRW   Dunn et al v. Wyeth et al
4:06-cv-00560-BRW   Linville v. Wyeth et al
4:06-cv-00562-BRW   Chakerian v. Wyeth et al
4:06-cv-00563-BRW   Weiss v. Wyeth et al
4:06-cv-00571-BRW   Bohlen v. Wyeth Inc et al

4:06-cv-00579-BRW   Lewis v. Wyeth Inc et al
4:06-cv-00584-BRW   King v. Wyeth et al
4:06-cv-00586-BRW   Larrick et al v. Wyeth et al
4:06-cv-00596-BRW   Elich v. Wyeth et al
4:06-cv-00621-BRW   Bowman v. Wyeth et al
```

```
4:06-cv-00625-BRW    Falcone et al v. Wyeth et al
4:06-cv-00626-BRW    Ryan et al v. Wyeth et al
4:06-cv-00631-BRW    Handshy et al v. Wyeth et al
4:06-cv-00634-BRW    Bowers et al v. Wyeth et al
4:06-cv-00637-BRW    Borne et al v. Wyeth Pharmaceuticals Inc

4:06-cv-00639-BRW    West et al v. Wyeth et al
4:06-cv-00640-BRW    Moritz v. Wyeth et al
4:06-cv-00642-BRW    Anderson et al v. Wyeth et al
4:06-cv-00643-BRW    Beatty et al v. Wyeth et al
4:06-cv-00644-BRW    Groh et al v. Wyeth et al

4:06-cv-00648-BRW    Troy v. Wyeth et al
4:06-cv-00650-BRW    Jackson v. Wyeth et al
4:06-cv-00651-BRW    Starnes v. Wyeth et al
4:06-cv-00686-BRW    Hunter v. Wyeth et al
4:06-cv-00691-BRW    Robinson v. Wyeth et al

4:06-cv-00693-BRW    Schexnayder v. Wyeth et al
4:06-cv-00694-BRW    Przybysz v. Wyeth et al
4:06-cv-00698-BRW    Eiseland et al v. Novartis Inc et al
4:06-cv-00699-BRW    Gillette et al v. Wyeth et al
4:06-cv-00700-BRW    Gray et al v. Wyeth et al

4:06-cv-00701-BRW    Miles et al v. Wyeth et al
4:06-cv-00703-BRW    Casteel v. Wyeth et al
4:06-cv-00705-BRW    Harvey v. Wyeth et al
4:06-cv-00706-BRW    Morgan v. Wyeth et al
4:06-cv-00707-BRW    Mercer v. Wyeth et al

4:06-cv-00708-BRW    Brown v. Wyeth et al
4:06-cv-00711-BRW    Fairbairn v. Wyeth et al
4:06-cv-00713-BRW    Glahn v. Wyeth et al
4:06-cv-00724-BRW    Harrison v. Wyeth et al
4:06-cv-00725-BRW    Moody v. Wyeth et al

4:06-cv-00734-BRW    Baker v. Wyeth et al
4:06-cv-00744-BRW    Myers et al v. Wyeth Inc et al
4:06-cv-00745-BRW    Schons v. Wyeth et al
4:06-cv-00766-BRW    Kibat v. Wyeth et al
4:06-cv-00767-BRW    Grosor v. Wyeth et al

4:06-cv-00768-BRW    Hagen v. Wyeth Inc et al
4:06-cv-00775-BRW    Taylor v. Wyeth et al
4:06-cv-00778-BRW    Jones et al v. Wyeth Inc et al
4:06-cv-00785-BRW    Pedicone v. Wyeth et al
4:06-cv-00786-BRW    Behnke et al v. Wyeth Inc et al
```

4:06-cv-00790-BRW   Ulmen v. Wyeth et al
4:06-cv-00791-BRW   Newland v. Wyeth et al
4:06-cv-00792-BRW   Hart et al v. Wyeth Inc et al
4:06-cv-00794-BRW   Easley v. Wyeth et al
4:06-cv-00795-BRW   Hodge v. Wyeth et al

4:06-cv-00796-BRW   Klauck v. Wyeth et al
4:06-cv-00798-BRW   Patterson v. Wyeth et al
4:06-cv-00799-BRW   Massey et al v. Wyeth et al
4:06-cv-00802-BRW   Hughes et al v. Wyeth et al
4:06-cv-00804-BRW   Laines v. Wyeth et al

4:06-cv-00808-BRW   Raterman v. Wyeth Inc et al
4:06-cv-00813-BRW   Zachow et al v. Wyeth Inc et al
4:06-cv-00814-BRW   Jones v. Wyeth Inc et al
4:06-cv-00823-BRW   Reingold v. Wyeth et al
4:06-cv-00824-BRW   Crittenden v. Wyeth et al

4:06-cv-00840-BRW   Peoples v. Wyeth et al
4:06-cv-00852-BRW   Bradley et al v. Wyeth et al
4:06-cv-00854-BRW   Johnson et al v. Wyeth Inc et al
4:06-cv-00855-BRW   Bailey v. Pfizer Inc et al
4:06-cv-00859-BRW   Whitman v. Wyeth et al

4:06-cv-00875-BRW   Turner v. Wyeth et al
4:06-cv-00885-BRW   Townsend v. Wyeth et al
4:06-cv-00888-BRW   Elliott v. Wyeth et al
4:06-cv-00889-BRW   Hare v. Wyeth et al
4:06-cv-00890-BRW   Olive v. Wyeth et al

4:06-cv-00891-BRW   Hayes v. Wyeth et al
4:06-cv-00894-BRW   Wadkins v. Wyeth et al
4:06-cv-00895-BRW   Portrey v. Wyeth et al
4:06-cv-00896-BRW   Branton v. Wyeth et al
4:06-cv-00897-BRW   McKay v. Wyeth et al

4:06-cv-00901-BRW   Robbins v. Wyeth Inc et al
4:06-cv-00902-BRW   Frazier v. Wyeth et al
4:06-cv-00905-BRW   Gustin v. Wyeth et al
4:06-cv-00906-BRW   Mueller v. Wyeth et al
4:06-cv-00907-BRW   Bjornson et al v. Pharmacia & Upjohn Co. LLC et al

4:06-cv-00913-BRW   Long v. Wyeth et al
4:06-cv-00917-BRW   Leseberg et al v. Wyeth et al
4:06-cv-00934-BRW   Schmitt v. Wyeth et al
4:06-cv-00935-BRW   Zaleski v. Wyeth Inc et al
4:06-cv-00939-BRW   Huddleston v. Wyeth et al

4:06-cv-00950-BRW   Morgan v. Wyeth et al
4:06-cv-00955-BRW   Dunkhas et al v. Wyeth et al
4:06-cv-00956-BRW   St John et al v. Wyeth et al
4:06-cv-00958-BRW   Griffin v. Wyeth et al
4:06-cv-00964-BRW   Meade v. Wyeth

4:06-cv-00969-BRW   Ennis v. Wyeth et al
4:06-cv-00971-BRW   Howard v. Wyeth et al
4:06-cv-00972-BRW   Cook v. Wyeth et al
4:06-cv-00973-BRW   Labelle v. Wyeth et al
4:06-cv-00974-BRW   Wright v. Wyeth et al

4:06-cv-00976-BRW   Pyle v. Wyeth et al
4:06-cv-00978-BRW   Storch v. Wyeth et al
4:06-cv-00979-BRW   Ray v. Wyeth et al
4:06-cv-00984-BRW   Irwin v. Wyeth et al
4:06-cv-00991-BRW   Fonseca v. Wyeth et al

4:06-cv-00992-BRW   Burns v. Wyeth et al
4:06-cv-01016-BRW   Dold et al v. Wyeth et al
4:06-cv-01020-BRW   Malmstrom v. Wyeth et al
4:06-cv-01024-BRW   Ritchie v. Wyeth et al
4:06-cv-01030-BRW   Downs-Breo et al v. Wyeth et al

4:06-cv-01033-BRW   Armstrong v. Wyeth et al
4:06-cv-01040-BRW   Fields v. Wyeth et al
4:06-cv-01041-BRW   Watson v. Wyeth et al
4:06-cv-01042-BRW   Smith v. Wyeth et al
4:06-cv-01043-BRW   Samples v. Wyeth et al

4:06-cv-01044-BRW   Adkisson v. Wyeth et al
4:06-cv-01050-BRW   Klocek v. Wyeth et al
4:06-cv-01052-BRW   Pepperdine v. Wyeth et al
4:06-cv-01058-BRW   Bloodgood v. Wyeth et al
4:06-cv-01059-BRW   Thebeau v. Wyeth, et al

4:06-cv-01060-BRW   Dorsett v. Wyeth et al
4:06-cv-01062-BRW   Gray v. Wyeth et al
4:06-cv-01064-BRW   Worley v. Wyeth et al
4:06-cv-01065-BRW   Roach v. Wyeth et al
4:06-cv-01067-BRW   Newhouse v. Wyeth et al

4:06-cv-01068-BRW   Baker v. Wyeth et al
4:06-cv-01070-BRW   Schmick v. Wyeth et al
4:06-cv-01071-BRW   Gant v. Wyeth et al
4:06-cv-01072-BRW   Hawemann v. Wyeth et al
4:06-cv-01075-BRW   Ross v. Wyeth Inc et al

4:06-cv-01080-BRW   Nelson et al v. Wyeth et al
4:06-cv-01081-BRW   Baker v. Wyeth et al
4:06-cv-01086-BRW   Campbell v. Wyeth et al
4:06-cv-01092-BRW   Ghorley v. Wyeth et al
4:06-cv-01093-BRW   Pannell v. Wyeth et al

4:06-cv-01096-BRW   Lawrence et al v. Wyeth et al
4:06-cv-01109-BRW   Anderson v. Pfizer Inc et al
4:06-cv-01110-BRW   Hill v. Wyeth et al
4:06-cv-01118-BRW   Gavino v. Wyeth et al
4:06-cv-01121-BRW   Frandsen v. Wyeth et al

4:06-cv-01124-BRW   Williams v. Wyeth et al
4:06-cv-01126-BRW   Hatcher v. Wyeth et al
4:06-cv-01128-BRW   Furber v. Wyeth et al
4:06-cv-01129-BRW   Edris v. Wyeth et al
4:06-cv-01131-BRW   Hickman-Claytor v. Wyeth et al

4:06-cv-01143-BRW   Paradis v. Wyeth et al
4:06-cv-01145-BRW   Morris et al v. Wyeth et al
4:06-cv-01163-BRW   Burgett v. Wyeth et al
4:06-cv-01164-BRW   Rodriguez v. Wyeth Inc et al
4:06-cv-01168-BRW   Jones et al v. Wyeth et al

4:06-cv-01169-BRW   Bickel et al v. Wyeth et al
4:06-cv-01171-BRW   Merwin et al v. Wyeth et al
4:06-cv-01172-BRW   Taylor v. Wyeth et al
4:06-cv-01176-BRW   Thrift v. Wyeth et al
4:06-cv-01181-BRW   Billeau et al v. Wyeth et al

4:06-cv-01182-BRW   Boelk et al v. Wyeth et al
4:06-cv-01183-BRW   Flores et al v. Wyeth et al
4:06-cv-01191-BRW   Bross v. Wyeth et al
4:06-cv-01199-BRW   Ulmer v. Wyeth et al
4:06-cv-01206-BRW   Wilson v. Wyeth et al

4:06-cv-01207-BRW   Pritchett et al v. Wyeth et al
4:06-cv-01208-BRW   George et al v. Wyeth et al
4:06-cv-01210-BRW   Seaton et al v. Wyeth et al
4:06-cv-01213-BRW   Johnson v. Wyeth et al
4:06-cv-01216-BRW   Grindle et al v. Wyeth et al

4:06-cv-01218-BRW   Garcia et al v. Wyeth et al
4:06-cv-01221-BRW   Brege v. Wyeth et al
4:06-cv-01226-BRW   Baena et al v. Wyeth et al
4:06-cv-01229-BRW   Weston et al v. Wyeth et al
4:06-cv-01230-BRW   Walrod v. Wyeth et al

4:06-cv-01232-BRW   Sellepack v. Wyeth et al
4:06-cv-01234-BRW   Roe v. Wyeth et al
4:06-cv-01235-BRW   Roberts v. Wyeth et al
4:06-cv-01236-BRW   Patten v. Wyeth et al
4:06-cv-01237-BRW   Mullins et al v. Wyeth et al

4:06-cv-01239-BRW   Melendez v. Wyeth et al
4:06-cv-01240-BRW   Morgan et al v. Wyeth et al
4:06-cv-01242-BRW   Long et al v. Wyeth et al
4:06-cv-01243-BRW   Killian et al v. Wyeth et al
4:06-cv-01244-BRW   Carll v. Wyeth et al

4:06-cv-01245-BRW   Ayers v. Wyeth et al
4:06-cv-01246-BRW   Mancini v. Wyeth et al
4:06-cv-01247-BRW   Ferguson et al v. Wyeth et al
4:06-cv-01248-BRW   Kennedy et al v. Wyeth et al
4:06-cv-01249-BRW   Hamm v. Wyeth et al

4:06-cv-01251-BRW   McClellan v. Wyeth et al
4:06-cv-01253-BRW   O'Neil v. Wyeth et al
4:06-cv-01258-BRW   Rubin-Finn v. Wyeth et al
4:06-cv-01261-BRW   Stamper et al v. Wyeth et al
4:06-cv-01275-BRW   Jansky v. Wyeth et al

4:06-cv-01277-BRW   Dewey v. Wyeth et al
4:06-cv-01281-BRW   Shay v. Wyeth et al
4:06-cv-01283-BRW   Lykins et al v. Wyeth Inc et al
4:06-cv-01285-BRW   Lantz et al v. Wyeth et al
4:06-cv-01355-BRW   Dane v. Wyeth Inc et al

4:06-cv-01360-BRW   Blevins et al v. Wyeth et al
4:06-cv-01361-BRW   Heleniak et al v. Pfizer Inc et al
4:06-cv-01367-BRW   Darby et al v. Wyeth et al
4:06-cv-01371-BRW   Allen-Honeycutt et al v. Wyeth et al
4:06-cv-01377-BRW   Kruse et al v. Wyeth et al

4:06-cv-01389-BRW   Martin v. Wyeth Inc et al
4:06-cv-01404-BRW   Kaiser et al v. Wyeth Inc et al
4:06-cv-01406-BRW   Acard v. Wyeth et al
4:06-cv-01416-BRW   Lonkani v. Wyeth Inc et al
4:06-cv-01420-BRW   Scherer et al v. Wyeth et al

4:06-cv-01422-BRW   Newman et al v. Wyeth et al
4:06-cv-01424-BRW   Keith v. Wyeth et al
4:06-cv-01454-BRW   Brown et al v. Wyeth Inc et al
4:06-cv-01504-BRW   Aguayo et al v. Wyeth et al
4:06-cv-01518-BRW   Henry v. Pfizer Inc et al

4:06-cv-01521-BRW   Galloway v. Wyeth et al
4:06-cv-01544-BRW   Romel v. Wyeth et al
4:06-cv-01549-BRW   Baurmash v. Wyeth Inc et al
4:06-cv-01552-BRW   Dougherty v. Wyeth Inc et al
4:06-cv-01554-BRW   Wilson v. Wyeth Inc et al

4:06-cv-01602-BRW   Rister v. Wyeth Inc et al
4:06-cv-01655-BRW   Groethe v. Wyeth et al
4:06-cv-01681-BRW   Ippolito v. Wyeth Inc et al
4:06-cv-01684-BRW   Williams v. Wyeth Inc et al
4:06-cv-01698-BRW   McCandless v. Wyeth et al

4:07-cv-00001-BRW   Addis et al v. Wyeth Inc et al
4:07-cv-00078-BRW   Gattuso v. Wyeth Inc et al
4:07-cv-00096-BRW   Collins v. Wyeth et al
4:07-cv-00104-BRW   Arnold v. Wyeth et al
4:07-cv-00105-BRW   Cox v. Wyeth et al

4:07-cv-00108-BRW   Fuentes v. Wyeth Inc et al
4:07-cv-00115-BRW   Nickence v. Wyeth Inc et al
4:07-cv-00125-BRW   Cook et al v. Wyeth et al
4:07-cv-00127-BRW   Becker v. Wyeth et al
4:07-cv-00128-BRW   Doctors v. Wyeth et al

4:07-cv-00167-BRW   Miller v. Wyeth
4:07-cv-00168-BRW   Gabriel v. Wyeth
4:07-cv-00169-BRW   Llana v. Wyeth et al
4:07-cv-00170-BRW   Godwin v. Wyeth et al
4:07-cv-00182-BRW   Howard v. Wyeth et al

4:07-cv-00188-BRW   Vara et al v. Wyeth et al
4:07-cv-00190-BRW   Podesta v. Wyeth et al
4:07-cv-00226-BRW   Martinez v. Wyeth et al
4:07-cv-00230-BRW   Read v. Wyeth et al
4:07-cv-00248-BRW   Lawson v. Wyeth et al

4:07-cv-00293-BRW   Fegley v. Wyeth et al
4:07-cv-00295-BRW   Infinger et al v. Wyeth Inc et al
4:07-cv-00313-BRW   Fitzner v. Wyeth et al
4:07-cv-00322-BRW   Moe v. Wyeth et al
4:07-cv-00325-BRW   Mullins et al v. Wyeth et al

4:07-cv-00336-BRW   Gilley v. Wyeth et al
4:07-cv-00431-BRW   Keane et al v. Pfizer Inc et al
4:07-cv-00456-BRW   Marshall v. Wyeth et al
4:07-cv-00465-BRW   Wagner v. Wyeth et al
4:07-cv-00466-BRW   Swanson v. Wyeth et al


4:07-cv-00468-BRW   Kaplan v. Wyeth et al
4:07-cv-00474-BRW   Calabro v. Wyeth et al
4:07-cv-00480-BRW   Rhodes v. Wyeth Inc
4:07-cv-00496-BRW   Berns v. Wyeth Inc et al
4:07-cv-00499-BRW   Mims et al v. Wyeth Pharmaceuticals Inc

4:07-cv-00500-BRW   Gardner v. Wyeth Pharmaceuticals Inc
4:07-cv-00513-BRW   Bernardo v. Wyeth et al
4:07-cv-00544-BRW   Basham v. Wyeth et al
4:07-cv-00547-BRW   Saucier et al v. Wyeth Inc et al
4:07-cv-00552-BRW   VanTassal v. Wyeth et al

4:07-cv-00560-BRW   Kimbrough v. Wyeth et al
4:07-cv-00578-BRW   Riley v. Wyeth et al
4:07-cv-00579-BRW   Soukkala v. Wyeth et al
4:07-cv-00581-BRW   Lightner v. Wyeth et al
4:07-cv-00597-BRW   Wright v. Wyeth et al

4:07-cv-00599-BRW   McKinney v. Wyeth et al
4:07-cv-00650-BRW   Greenberg v. Wyeth
4:07-cv-00724-BRW   Meredith et al v. Wyeth
4:07-cv-00735-BRW   Inwood v. Wyeth Inc et al
4:07-cv-00736-BRW   Edmundson et al v. Wyeth et al

4:07-cv-00738-BRW   Feldman v. Wyeth Inc et al
4:07-cv-01071-BRW   Hoffman v. Wyeth et al
4:07-cv-01072-BRW   Henderson et al v. Wyeth Inc et al
4:07-cv-01082-BRW   Pace v. Wyeth et al
4:07-cv-01085-BRW   Patterson v. Wyeth et al

4:07-cv-01094-BRW   Mumme et al v. Wyeth Inc et al
4:07-cv-01121-BRW   Kendall v. Pharmacia & Upjohn Company et al
4:07-cv-01122-BRW   Johnston v. Wyeth et al
4:07-cv-01126-BRW   Neilson v. Wyeth et al
4:07-cv-01127-BRW   Poto v. Wyeth et al

4:07-cv-01128-BRW   Shippen v. Wyeth et al
4:07-cv-01137-BRW   Singer v. Wyeth et al
4:07-cv-01140-BRW   Thompson v. Wyeth et al
4:07-cv-01141-BRW   Pulley v. Wyeth et al
4:07-cv-01145-BRW   Ward v. Wyeth et al

4:07-cv-01197-BRW   Harding et al v. Wyeth Inc et al
4:07-cv-01201-BRW   Bailey v. Wyeth et al
4:07-cv-01205-BRW   Carruth v. Wyeth et al
4:08-cv-00009-BRW   Johnson et al v. Wyeth et al
4:08-cv-00029-BRW   Hesch et al v. Wyeth Inc et al

| | |
|---|---|
| 4:08-cv-00038-BRW | Ranallo v. Wyeth et al |
| 4:08-cv-00045-BRW | Mongeon v. Wyeth et al |
| 4:08-cv-00054-BRW | Asbury v. Wyeth et al |
| 4:08-cv-00055-BRW | D'Andrea v. Wyeth et al |
| 4:08-cv-00063-BRW | McCall v. Wyeth Inc et al |
| 4:08-cv-00080-BRW | Fitzgerald et al v. Pfizer Inc et al |
| 4:08-cv-00103-BRW | Rutledge v. Wyeth et al |
| 4:08-cv-00113-BRW | Gaw v. Wyeth et al |
| 4:08-cv-00125-BRW | Shows v. Wyeth Pharmaceuticals Inc |
| 4:08-cv-00129-BRW | Beier v. Wyeth et al |
| 4:08-cv-00135-BRW | Marsa v. Wyeth et al |
| 4:08-cv-00173-BRW | Wilkerson v. Wyeth et al |
| 4:08-cv-00177-BRW | Willis v. Wyeth et al |
| 4:08-cv-00178-BRW | McGinn et al v. Wyeth Inc et al |
| 4:08-cv-00182-BRW | Mink v. Wyeth Inc et al |
| 4:08-cv-00186-BRW | Pecci v. Wyeth et al |
| 4:08-cv-00192-BRW | Illingsworth v. Wyeth Inc et al |
| 4:08-cv-00203-BRW | Pellack v. Wyeth Pharmaceuticals Inc |
| 4:08-cv-00237-BRW | Hunt et al v. Wyeth Inc et al |
| 4:08-cv-00239-BRW | Dake v. Pfizer Inc et al |
| 4:08-cv-00248-BRW | Cottrell v. Wyeth et al |
| 4:08-cv-00251-BRW | Colledge et al v. Wyeth Inc et al |
| 4:08-cv-00252-BRW | Garfinkle v. Wyeth et al |
| 4:08-cv-00256-BRW | Singleton v. Wyeth et al |
| 4:08-cv-00258-BRW | Johnson et al v. Wyeth Inc et al |
| 4:08-cv-00259-BRW | Tucker v. Wyeth et al |
| 4:08-cv-00263-BRW | Rieder et al v. Wyeth Inc et al |
| 4:08-cv-00264-BRW | Hirvela et al v. Wyeth Inc et al |
| 4:08-cv-00265-BRW | Chambers et al v. Wyeth Inc et al |
| 4:08-cv-00266-BRW | Joffrion v. Wyeth et al |
| 4:08-cv-00289-BRW | Hill v. Wyeth et al |
| 4:08-cv-00296-BRW | Pugh v. Wyeth Inc et al |
| 4:08-cv-00297-BRW | Ogens v. Wyeth et al |
| 4:08-cv-00310-BRW | Grant-Hylton v. Wyeth et al |
| 4:08-cv-00311-BRW | Duke v. Wyeth et al |
| 4:08-cv-00312-BRW | Brinkley v. Wyeth et al |
| 4:08-cv-00313-BRW | Case v. Wyeth et al |
| 4:08-cv-00314-BRW | Deavers v. Wyeth et al |
| 4:08-cv-00322-BRW | Martin v. Wyeth et al |
| 4:08-cv-00330-BRW | Reed v. Wyeth et al |

4:08-cv-00332-BRW  Cerinetti et al v. Wyeth et al
4:08-cv-00343-BRW  Becker et al v. Wyeth Inc et al
4:08-cv-00344-BRW  Meir et al v. Wyeth Inc et al
4:08-cv-00348-BRW  Kalbfleisch et al v. Wyeth Inc et al
4:08-cv-00350-BRW  Fratzke v. Wyeth Inc et al

4:08-cv-00394-BRW  Grace v. Wyeth et al
4:08-cv-00396-BRW  Trost v. Wyeth et al
4:08-cv-00418-BRW  Zidlick v. Wyeth et al
4:08-cv-00420-BRW  Slezak v. Wyeth Inc et al
4:08-cv-00435-BRW  Hall v. Wyeth et al

4:08-cv-00445-BRW  Sharp et al v. Wyeth et al
4:08-cv-00461-BRW  Cochran v. Wyeth Inc et al
4:08-cv-00465-BRW  Johnson v. Wyeth Inc et al
4:08-cv-00495-BRW  Brooks v. Wyeth Inc et al
4:08-cv-00528-BRW  Pfaff v. Wyeth Inc et al

4:08-cv-00551-BRW  Harrison et al v. Wyeth et al
4:08-cv-00554-BRW  Miller v. Wyeth et al
4:08-cv-00565-BRW  Lowe v. Wyeth et al
4:08-cv-00605-BRW  Stedman et al v. Wyeth et al
4:08-cv-00625-BRW  Stoe et al v. Wyeth et al

4:08-cv-00632-BRW  Sauer et al v. Wyeth et al
4:08-cv-00678-BRW  Harwell v. Wyeth et al
4:08-cv-00693-BRW  Erger v. Wyeth et al
4:08-cv-00776-BRW  Carpenter v. Wyeth et al
4:08-cv-00859-BRW  Mills v. Wyeth et al

4:08-cv-00863-BRW  Savage v. Wyeth et al
4:08-cv-00867-BRW  Camp v. Wyeth et al
4:08-cv-00869-BRW  Touchstone v. Wyeth et al
4:08-cv-00872-BRW  Scholl v. Wyeth et al
4:08-cv-00874-BRW  Valovich v. Wyeth et al

4:08-cv-00923-BRW  Williams v. Wyeth Inc et al
4:08-cv-01079-BRW  Lawnsdale v. Wyeth et al
4:08-cv-01082-BRW  Bogler v. Wyeth et al
4:08-cv-01086-BRW  Haber v. Wyeth et al
4:08-cv-01161-BRW  Hickerson et al v. Wyeth Inc et al

4:08-cv-01166-BRW  Mitchener v. Wyeth Inc et al
4:08-cv-01194-BRW  Steinhardt v. Wyeth et al
4:08-cv-01195-BRW  Pruett et al v. Wyeth et al
4:08-cv-01211-BRW  Bot v. Wyeth et al
4:08-cv-01246-BRW  Shaker v. Wyeth et al


4:08-cv-01250-BRW	McCann v. Wyeth et al
4:08-cv-01284-BRW	Andres et al v. Wyeth et al
4:08-cv-01297-BRW	Lunde et al v. Wyeth
4:08-cv-01310-BRW	Daher v. Wyeth et al
4:08-cv-01316-BRW	Perez v. Wyeth Inc

4:08-cv-01361-BRW	Roberts v. Wyeth Inc et al
4:08-cv-01378-BRW	Jones v. Wyeth et al
4:08-cv-01414-BRW	Dybvig v. Wyeth Inc et al
4:08-cv-01425-BRW	Gaio v. Wyeth Inc et al
4:08-cv-01433-BRW	Pieprzny v. Wyeth Inc et al

4:08-cv-01436-BRW	Johnson v. Wyeth Inc et al
4:08-cv-01444-BRW	Bortel v. Wyeth et al
4:08-cv-01445-BRW	Jacks v. Wyeth Inc et al
4:08-cv-01446-BRW	Griesing v. Wyeth et al
4:08-cv-01447-BRW	Hoffman v. Wyeth et al

4:08-cv-01448-BRW	Kelly v. Wyeth et al
4:08-cv-01449-BRW	Larson v. Wyeth et al
4:08-cv-01522-BRW	Adkins v. Wyeth et al
4:08-cv-01548-BRW	Olson v. Wyeth et al
4:08-cv-01552-BRW	Kuntz v. Wyeth Inc et al

4:08-cv-01628-BRW	Francis v. Pfizer Inc et al
4:08-cv-01815-BRW	Love v. Wyeth Inc et al
4:08-cv-01817-BRW	Ferreira et al v. Wyeth et al
4:08-cv-01818-BRW	Ruggles v. Wyeth et al
4:08-cv-01819-BRW	Martino et al v. Wyeth et al

4:08-cv-01820-BRW	Green et al v. Wyeth et al
4:08-cv-01821-BRW	Geyer et al v. Wyeth et al
4:08-cv-01833-BRW	Paquin v. Mylan Laboratories Inc
4:08-cv-01834-BRW	Posey v. Qualitest Pharmaceuticals Inc
4:08-cv-01837-BRW	Gray et al v. Wyeth et al

4:08-cv-01840-BRW	Reed et al v. Wyeth et al
4:08-cv-01841-BRW	Fox v. Wyeth et al
4:08-cv-01842-BRW	Bowling v. Wyeth et al
4:08-cv-01858-BRW	Long v. Wyeth et al
4:08-cv-01859-BRW	Surenyan v. Wyeth et al

4:08-cv-01863-BRW	Bennett et al v. Wyeth Inc et al
4:08-cv-01867-BRW	Ewick v. Wyeth Inc et al
4:08-cv-01878-BRW	McAloon v. Wyeth Inc et al
4:08-cv-01882-BRW	McClain v. Wyeth Inc et al
4:08-cv-01883-BRW	Micheletti et al v. Wyeth Inc et al